CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
JUN 3 0 2011
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | |
|---|---|
| SAMUEL M. NEWMAN, | ) |
| Plaintiff, | ) Case No. 2:10CV00031 |
| v. | ) JUDGMENT |
| COMMISSIONER OF SOCIAL SECURITY, | ) By: James P. Jones<br>) United States District Judge |
| Defendant. | ) |

It appearing that no objections have been timely filed to the Report filed March 25, 2011, setting forth the findings and recommendations of the magistrate judge, it is **ADJUDGED AND ORDERED** as follows:

1. The Report and its findings and recommendations are wholly ACCEPTED and APPROVED;

2. The Motion for Summary Judgment by the Commissioner of Social Security ("Commissioner") is GRANTED;

3. The final decision of the Commissioner is AFFIRMED; and

4. This case is closed.

ENTER: June 30, 2011

_____
United States District Judge